IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JAMES C. GREEN, )
        )
    Plaintiff, )
        ) CASE NO. 4:18-cv-00516-SWW
v. )
        )
PREFERRED FAMILY HEALTHCARE, )
INCORPORATED, )
        )
    Defendant. )

## **ORDER**

Pursuant to the joint stipulation of dismissal with prejudice [doc.#11], this action is hereby dismissed with prejudice.

IT IS SO ORDERED on this 12th day of April, 2019.

                                       /s/Susan Webber Wright
                                       UNITED STATES DISTRICT JUDGE